# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JOHN L. HILL                                                                                    PETITIONER
ADC #119492

V.                                      No. 4:20-CV-1390-JTR

DEXTER PAYNE,
Director, Arkansas Division of Correction                                      RESPONDENT

## AMENDED JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, with prejudice.

DATED this 7th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE